IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM ABLES,
    Petitioner,

vs.     Case No. 5:08cv204/RH/EMT

SCOTT A. MIDDLEBROOKS,
    Respondent.
_____/

**O R D E R**

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 and a motion to proceed in forma pauperis (Docs. 1, 2). From a review of the inmate bank account records attached to Petitioner's in forma pauperis application, over the six-month period prior to filing his petition, Petitioner had an average amount of $26.29 deposited into his account each month. Therefore, Petitioner shall be required to pay the $5.00 fee for filing the instant petition.

Accordingly, it is **ORDERED**:

1.     Petitioner's application to proceed in forma pauperis (Doc. 2) is **DENIED**.

2.     Petitioner shall submit a payment of $5.00 to the clerk of this court within **THIRTY (30) DAYS** from the date of docketing of this order. The check should be made payable to "Clerk, U. S. District Court."

3.     Petitioner's failure to either submit the filing fee or explain his inability to do so may result in a recommendation to the district court that this case be dismissed.

**DONE AND ORDERED** this 30th day of June 2008.

    /s/ *Elizabeth M. Timothy*
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**