IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM ABLES,

    Petitioner,

v.                                  CASE NO. 5:08cv204-RH/EMT

IKE EICHENLAUB,

    Respondent.

_____/

**ORDER DENYING PETITION**

This case is before the court on the magistrate judge's report and recommendation (document 17). No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED. The clerk must enter judgment stating, "The petition for a writ of habeas corpus is DENIED with prejudice." The clerk must close the file.

    SO ORDERED on April 20, 2009.

                                                     s/Robert L. Hinkle
                                                     Chief United States District Judge